Vincent Jacobo # 317117
P.O. Box 67
San Bruno, Ca. 94066
    Plaintiff

In Pro Per

United States District Court
Northern District of California

Vincent Primo Jacobo,            )  CASE #
        Plaintiff,               )  14-CV-05185-JSC
                                 )
         Vs.                     )  "Court-ORDERED
                                 )   First Amended
San Francisco Sheriff            )   Complaint"
Deputies Jones, Neu              )
& Gray, Lt. Minor.               )
            Defendants.          )

        To the Honorable Judge Presideing, Plaintiff, Vincent Jacobo, Responds to the Courts order to Amend Plaintiffs First Civil Rights Complaint.
        Plaintiff Contends that Sheriffs Dept. Employees, Lt. Minor, Deputies Neu, Jones and Gray used Excessive Force

1. in complete disregard to Plaintiff's Rights
2. under the Due Process Clause of the 14th
3. Amendment that Protects Plaintiff from the
4. use of force that amounts to Punishment.
5. These employees also acted under complete
6. dis-regard to Procedures or Protocol when
7. dealing with MAX Custody (MR3-MR4) in-
8. mates.
9.     Plaintiff was in complete compliance
10. during the entire incident.
11.     On March 8th at Approx. 8:00 AM in the
12. morning while Pill Call was being conducted
13. Plaintiff got into a verbal ~~argues~~ argue-
14. ment with Deputy Gooden who Plaintiff
15. called a "bitch ass switch up Deputy".
16. Deputy Gooden told Plaintiff "Okay, I'll be
17. back". Approx. 20-30 minutes later Deputy
18. Gooden came back to E-Tank with about
19. 4 or 5 Deputies. Plaintiff was ordered
20. to "Cuff-up" to which Plaintiff com-
21. plied. It should be noted that at the
22. time of this Incident Plaintiff's Custody
23. level was MR3, which means, when ever
24. Plaintiff is moved he is to be in Full
25. Restraint (Belly Chains & Leg Shackles). None
26. of these Procedures were followed when
27. Plaintiff was ordered to Cuff-up. Imme-
28. diately after Plaintiff was Cuffed-up he

(2)

1. was taken out of the cell and all Deputies
2. started hitting Plaintiff, bending his
3. arms, wrists, fingers, and back to extreme
4. levels until Plaintiff was screaming
5. in pain.
6.     At the same time of this incident
7. Plaintiff was removed from E-tank
8. for no apparant reason and was dragged
9. from E-tank down the mainline out to
10. interview Room 1 at Post #8.
11.     Plaintiff sat in this Room after
12. being beaten up for approx. 30 minutes.
13. Then Lt. Minor and Deputies Jones, Neu, &
14. Gray came into the Room and again the
15. beating started. Plaintiff was thrown on
16. the floor face down and head banged
17. on the concrete floor, arms, wrist, thumbs,
18. all bent to the limit of extreme pain un-
19. til Plaintiff started screaming. All the
20. while Deputy Neu sat on Plaintiffs back.
21. Crossed Plaintiffs legs and bent them
22. back until Plaintiff again screamed in
23. pain. Then Lt. Minor yelled drag him
24. down the mainline. I want the entire
25. jail to see this. Plaintiff was dragged
26. down the mainline by his ears by Deputy
27. Jones who placed himself directly in front
28. of Plaintiff and jammed his thumbs behind

(3)

Plaintiff's Ears. At the same time was kicking Plaintiff in the chest. Plaintiff Ears were twisted until they started bleeding. Just before Plaintiff was put back in E-Tank Deputy New Jumped up in the air and came down with his Elbow on Plaintiff's back. It should be noted that Plaintiff has a documented bad back that is being seen by Medical at this time.

    It should Also be noted that there was absolutely no reason that Plaintiff was taken out of E-Tank at the time of this incident. Procedures were not followed at all during this entire incident and movement. All Ad-Seg and Max Custody inmates are to be moved down A-Block coming from the Back Block. No Max inmates should be moved directly down the Mainline.

    Plaintiff was taken out of E-tank and dragged to interview Room 1 and back to E-Tank for the sole purpose of just assaulting Plaintiff. The entire incident speaks for itself. The only Rule Violation Report Plaintiff Recieved was for dis-Respecting a staff member. Plaintiff was not extracked from his

(4)

1 was in complete compliance
2 throughout the entire incident.
3         In addition on 6-24-14 Plain-
4 tiff was ordered to move out of
5 E-Tank to be placed on D-Block (Ad-
6 Seg) and be cellmates with inmate
7 Bing Luc. At the time we were
8 being ordered, Plaintiff and inmate
9 Luc were in an arguement. Deputy
10 Oliver left E-Tank. Approx. 20 minutes
11 later Deputy Oliver returned and informed
12 Plaintiff that he didn't have to move
13 with Inmate Luc but he still had to
14 move with another inmate. Plaintiff
15 refused. Sgt. Kessler then ordered
16 Plaintiff to be placed into the Safety
17 Cell. Under the San Francisco Sheriff's
18 Dept. own Policy and in accordence
19 with the Title 15. The Safety cells are
20 not to be used for punishment purposes
21 which is exactly what happen in this mat-
22 ter. Plaintiff was placed in the Safety
23 Cell simply because he Refused to
24 Move.
25         Respectfully Submitted,
26
27                                     by
28 Date. 2-11-15             Vincent Jacobo

(5)
                                        Plaintiff,
                              Vincent Jacobo