UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT JACOBO,

    Plaintiff,

v.

MINOR, et al.,

    Defendants.

Case No. 14-cv-05185-JSC

**PROTECTIVE ORDER; ORDER ALLOWING DEFENDANTS TO SCHEDULE DEPOSITION AND GRANTING EXTENSION OF TIME**

Plaintiff, an inmate at the San Francisco County Jail, filed this pro se civil rights action under 42 U.S.C. § 1983. He claims that Defendants, four jail employees, used excessive force against him. The four Defendants have been served and have appeared.[1]

Defendants will arrange a mutually agreeable time, and no later than 21 days of the date this Order is filed, for Plaintiff to review the 22 pages of the file of Sheriff's investigation into the alleged misconduct by the Defendants in this matter that were not previously produced, with the only redaction to be made being the cell phone number of one of the Captains who wrote an email.

Plaintiff will not copy or photograph the 22 pages from the file.

Defendants' counsel, Mr. Oldfather, or another employee of the San Francisco City Attorney's office will remain in the room while Plaintiff reviews the file.

Plaintiff shall have up to four hours to review the 22 pages from the file.

Plaintiff shall not disclose the information he obtains from the 22 pages from this file to the public or to anyone except as necessary for the prosecution of the claims in this action. Should

---

[1] All remaining parties have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636. (*See* ECF Nos. 5, 33.)

he believe that the Court requires information he obtained from the 22 pages from file in order to prosecute his claim effectively, he shall file any such information under seal.

Should either party believe the other party violated the terms of this Order, the party shall immediately bring the matter to the Court's attention. A party violating the terms of this Order may be subject to sanctions, including the exclusion of evidence and/or dismissal.

Defendants may schedule Plaintiff's deposition at the Jail within 21 days of the date Plaintiff reviews the 22 pages from the investigation file. Plaintiff's failure to attend and participate in his deposition will result in the dismissal of this action or some other sanction, absent a showing of good cause. Defendants are GRANTED an extension of time, to and including **August 4, 2016** in which to file a motion for summary judgment. Plaintiff shall file any opposition to Defendants' motion within **28 days** of the date the motion is filed, and Defendants shall file a reply brief within **14 days** of the date any opposition is filed.

The provisions of the Order of Service (ECF No. 9) not inconsistent with this order remain in effect.

**IT IS SO ORDERED.**

Dated: April 28, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JACOBO,<br><br>         Plaintiff,<br><br>   v.<br><br>MINOR, et al.,<br><br>         Defendants. | Case No. 14-cv-05185-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Jacobo ID: #:317117
San Francisco County Jail
P.O. Box 67
San Bruno, CA 94066

Dated: April 28, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3